————O————

5569.

(Court of Appeal, Parish of Orleans.)

## KLEISER & COMPANY vs. GRAND LODGE I. O. O. F., AND FIDELITY & DEPOSIT COMPANY OF MD.

In accordance with a stipulation on file executed by counsel for all parties in interest the appeal is dismissed.

Appeal from the Civil District Court, Division "D."

Dorman & Sneed, plaintiff and appellee.

Morgan & Milner, Chappuis and Holt, attorneys.

Nix & Tichenor, for defendant and appellant.

GODCHAUX, J.—Counsel for the parties in interest have filed herein a written stipulation to the effect that the matters in dispute have been finally settled and adjusted between them and that they desire that the appeal be dismissed.

It is accordingly ordered and decreed that the appeal be dismissed.

Apeal dismissed.

May 13th, 1912.

———o———

5566.

(Court of Appeal, Parish of Orleans.)